## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  **Thomas J Johnson**            )         Case 09 B 07892
       **Cassaundra Johnson**       )
                                                          )         **Judge Squires**
                     Debtor(s)             )

## NOTICE OF WITHDRAWAL

TO:  Thomas & Cassaundra Johnson, 2877 W 83rd Place, Chicago, IL 60652
       Shaw & Associates, 608 W Briar Pl, Chicago, IL 60657

Please take notice that on April 23, 2010, there was filed with the Clerk of the Bankruptcy Court, Northern District, Eastern Division, the following in this action:

**Notice of payment of final mortgage cure**

Marilyn O Marshall, Chapter 13 Trustee, hereby withdraws the Notice of payment of final mortgage cure that was filed on April 23, 2010.

                                                    /s/ Anthony Olivadoti

## PROOF OF SERVICE VIA ECF PROCEDURES

Marilyn O Marshall, Standing Trustee
224 S. Michigan, Suite 800
Chicago, IL 60604-2500
312-431-1300